William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 73—CC—126 

Sun Oil Company of Pennsylvania, Claimant, vs. State of Illinois, Department of Revenue, Respondent.

*Opinion filed April 16, 1973.*

Sun Oil Company of Pennsylvania, Claimant, pro se.

William J. Scott, Attorney General; Douglas G. Olson, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 73—CC—127 

Sun Oil Company of Pennsylvania, Claimant, vs. State of Illinois, Department of Conservation, Respondent.

*Opinion filed April 16, 1973.*

Sun Oil Company of Pennsylvania, Claimant, pro se.

William J. Scott, Attorney General; Douglas G. Olson, Assistant Attorney General, for Respondent.

Per Curiam.